**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF WEST VIRGINIA**
**Elkins DIVISION**

In re:  Alderson-Broaddus Endowment  § Case No. 23-00534
　　　　Corporation  §
　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　Debtor(s)

---

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 11/01/2023. The undersigned trustee was appointed on 11/01/2023.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of　　$　　　5,482,393.88

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 4,043,625.25 |
| Administrative expenses | 261,192.84 |
| Bank service fees | 31,409.07 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 410,974.75 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1] | $　　　735,191.97 |

The remaining funds are available for distribution.

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 02/06/2024 and the deadline for filing governmental claims was 02/06/2024. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $165,040.45. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $165,040.45, for a total compensation of $165,040.45[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $229.39 for total expenses of $229.39[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/27/2026            By: /s/ Thomas H. Fluharty
                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

**Form 1**

# Individual Estate Property Record and Report
## Asset Cases

Exhibit A

Page: 1

Case No.: 23-00534

Case Name:   Alderson-Broaddus Endowment Corporation

For Period Ending:   03/27/2026

Trustee Name:   (680230) Thomas H. Fluharty

Date Filed (f) or Converted (c):   11/01/2023 (f)

§ 341(a) Meeting Date:   12/06/2023

Claims Bar Date:   02/06/2024

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash on hand | Unknown | 0.00 | | 0.00 | FA |
| 2 | Checking Account at Peoples Bank - Business Interest Checking #1959 - as of August 31, 2023, xxxxxx1959 | 1,817.73 | 1,817.73 | | 0.00 | FA |
| 3 | Account at See continuation sheet:<br>Peoples Bank acct #3181(Business Checking) $11,518.40<br>Peoples Bank acct #3142 (Money Market) $182,498.59<br>Peoples Bank acct #3066 (Capital Reserve) $170.00<br>Peoples Bank acct #3580 (Basic Business Checking) $1,172.40<br>Peoples Bank acct #6930 (Draw Account) $50.00 | 195,409.39 | 195,409.39 | | 197,248.69 | FA |
| 4 | Office Furniture. Valuation Method: | Unknown | 1.00 | | 0.00 | FA |
| 5 | Office Fixtures. Valuation Method: | Unknown | 1.00 | | 0.00 | FA |
| 6 | Office Equipment. Valuation Method: | Unknown | 1.00 | | 0.00 | FA |
| 7 | 14 Greystone Drive, Philippi, WV, , Valuation Method:<br>Freedom Bank holds lien. | Unknown | 0.00 | | 0.00 | FA |
| 8 | Alderson Broaddus University - Main Campus and Ball Field Tract, Lessor, Valuation Method:<br>USDA holds first lien. ($1,400,000. & $27,755,000.) Philippi Municipal Building Commission holds lien subject to lease agreement ($680,000.) | 18,000,000.00 | 0.00 | | 4,090,800.00 | FA |
| 9 | Personal Property acquired before October 2018 | Unknown | 1.00 | | 909,200.00 | FA |
| 10 | All coal and mineral properties acquired in the Mutschelknaus Deeds- Barbour county BK 496/245 | Unknown | 1.00 | | 41,979.15 | FA |
| 11 | Oil & Gas Royalties (u) | 0.00 | 1.00 | | 9,606.59 | FA |
| 12 | BNY Mellon bank account (u) | 0.00 | 50,000.00 | | 56,084.26 | FA |
| 13 | Northwestern Mutual Life Insurance Company (u)<br>liquidation of several insurance policies (4) Patricia J. Harrison / W. Christian Sizemore / Martha R. Roy / Ann Sizemore. | 0.00 | 1.00 | | 177,389.19 | FA |
| 14 | VOID duplicate of asset #13 (u) | 0.00 | 0.00 | | 0.00 | FA |
| 15 | Filing fee for deed, sale of campus and personal property (u) | 0.00 | 86.00 | | 86.00 | FA |
| **15** | **Assets Totals (Excluding unknown values)** | **$18,197,227.12** | **$247,320.12** | | **$5,482,393.88** | **$0.00** |

**Form 1**

# Individual Estate Property Record and Report
## Asset Cases

**Case No.:**   23-00534

**Case Name:**   Alderson-Broaddus Endowment Corporation

**For Period Ending:**   03/27/2026

**Trustee Name:**   (680230) Thomas H. Fluharty

**Date Filed (f) or Converted (c):**   11/01/2023 (f)

**§ 341(a) Meeting Date:**   12/06/2023

**Claims Bar Date:**   02/06/2024

**Major Activities Affecting Case Closing:**

3-19-26: responses to UST sent & revised TFR sent for review.
3-18-25: typed responses to UST's questions re: TFR // redrafted TFR.
3-16 &17-26: addressed revisions to Forms 1 & 2 & TFR.
3-13-26: emailed revised TFR & NFR to UST for review.
3-12-26: corrected Forms 1 & 2 / reimbursed ABU for Safety Kleen clean up fees/ revised TFR.
3--10-26: made corrections on TFR.
3-9-26: revised TFR, Forms 1 & 2
2-26-26: Court entered order approving accountant fees; mailed check.
2-4-26: revised TFR // emailed TFR to UST for review.
2-3-26: updated timesheets // drafted TFR.
2-2-26: updated timesheets.
1-30-26: updated timesheets
1-27-26: received tax returns from accountant, review, sign, sent back for filing.
1-15-26: reviewed tax return.
1-14-26: revised trustee compensation; timesheet; drafted appl pay atty fees.
12-2-25: emailed Jack re: final tax return.
11-3-25: emailed Jack, do final tax return.
10-24-25: updated timesheets & drafted distribution report to creditors.
10-22-25: updated timesheets.
10-2-25: updated timesheets
8-19-25: drafted motion to compel Northwestern Mutual surrender policies.
7-14-25: revised Form 1.
5-20-25: filed motion employ THF, atty for Trustee.
5-23-25: emailed completed forms of Smith & Helms to Northwestern Mutual.
5-19-25: completed motion employ THF for Trustee.
4-2-25: emailed accountant to complete final tax return.
1-16-25: reviewed incoming wire transfer of the BNY bank account; revised Form 1 & 2.
11-1-24: corrected Form 2
9-12-24: emailed atty for update on case (remnant sale & upset bid).
8-13-24:  revised motion sell remnants,
7-31-24: drafted motion sell remnants
6-24-24: revised deed to Mike Ross purchase of coal, O&G outside WV.
6-19-24: conducted telephonic auction of coal conveyed by Mutschelknaus / do deed
6-6-24: drafted deed sale of coal conveyed
4-15-24: revised motion sell & APA
4-12-24: revised motion to sell.
4-10-24: drafted motion sell coal properties from Mutschelknaus to Ross
4-4-24:  drafted appl employ attorney for Trustee - THF
3-6-24:  emailed to E. Maxwell & L. Weese O&G interests received.
1-16-24:  cut checks to Dylan & Brandon, work at campus (getting utilities turned on)
1-10-24:  cut checks to Dylan & Brandon, work at campus.
11-6-23: filed asset designation

**Initial Projected Date Of Final Report (TFR):** 01/31/2024

**Current Projected Date Of Final Report (TFR):**   03/19/2026 (Actual)

UST Form 101-7-TFR (5/1/2011)

## Form 2
### Cash Receipts And Disbursements Record

Exhibit B

Page: 1

| Case No.: | 23-00534 | Trustee Name: | Thomas H. Fluharty (680230) |
|---|---|---|---|
| Case Name: | Alderson-Broaddus Endowment Corporation | Bank Name: | TriState Capital Bank |
| Taxpayer ID #: | **-***2324 | Account #: | ******9182 Operating Account |
| For Period Ending: | 03/27/2026 | Blanket Bond (per case limit): | $3,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/07/23 | {11} | Beta Helix Energy, LLC | O&G royalties | 1223-000 | 93.65 | | 93.65 |
| 11/09/23 | {3} | Peoples Bank | close out bank account 1959 | 1129-000 | 1,807.80 | | 1,901.45 |
| 11/09/23 | {3} | Peoples Bank | close out bank account 3142 | 1129-000 | 182,545.09 | | 184,446.54 |
| 11/09/23 | {3} | Peoples Bank | close out bank account - 3066 | 1129-000 | 155.00 | | 184,601.54 |
| 11/09/23 | {3} | Peoples Bank | close out bank account 3580 | 1129-000 | 1,172.40 | | 185,773.94 |
| 11/09/23 | {3} | Peoples Bank | close out bank account 3181 | 1129-000 | 11,518.40 | | 197,292.34 |
| 11/09/23 | {3} | Peoples Bank | close out bank account 6930 | 1129-000 | 50.00 | | 197,342.34 |
| 11/30/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 221.40 | 197,120.94 |
| 12/07/23 | 101 | Robs Locksmith Service | unlock doors in buildings on campus for Trustee | 2990-000 | | 312.70 | 196,808.24 |
| 12/29/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 305.23 | 196,503.01 |
| 01/02/24 | {11} | Mountain V, LLC | oil & gas royalties | 1223-000 | 102.42 | | 196,605.43 |
| 01/02/24 | {10} | OWS Acquistion Co, LLC | royalties royalties | 1129-000 | 602.50 | | 197,207.93 |
| 01/03/24 | | DACK Investments, LLC | earnest money deposit on sale of real estate | 1290-000 | 10,000.00 | | 207,207.93 |
| 01/11/24 | 102 | Dylan M. Harper | 7 hrs maintenance work at campus | 2990-000 | | 262.50 | 206,945.43 |
| 01/11/24 | 103 | Corey R. Brandon | 7 hrs maintenance work at campus | 2990-000 | | 262.50 | 206,682.93 |
| 01/16/24 | 104 | Dylan Harper | 14 hours-scheduling, supervising utilities to be turned on & meeting w/boiler person | 2990-000 | | 525.00 | 206,157.93 |
| 01/16/24 | 105 | Corey Brandon | 14 hours-scheduling, supervising utilities to be turned on & meeting w/boiler person | 2990-000 | | 525.00 | 205,632.93 |
| 01/17/24 | {10} | Mike Ross, Inc. | royalties - Barbour County | 1129-000 | 238.25 | | 205,871.18 |
| 01/17/24 | 106 | Dylan Harper | 1 hour work, checking utilities | 2990-000 | | 37.50 | 205,833.68 |
| 01/17/24 | 107 | Corey Brandon | 1 hour of work checking on utilities | 2990-000 | | 37.50 | 205,796.18 |
| 01/23/24 | | To Account #******5743 | for utilities | 9999-000 | | 75,000.00 | 130,796.18 |
| 01/23/24 | | To Account #******5750 | for gas utility | 9999-000 | | 25,000.00 | 105,796.18 |
| 01/24/24 | 108 | Newtech Systems, Inc. | Invoice #42182 / fixed fire alarm at campus | 2990-000 | | 2,904.25 | 102,891.93 |
| 01/31/24 | 109 | Fink's Lawn Service, LLC. | snow removal, salt of campus | 2990-000 | | 500.00 | 102,391.93 |
| 01/31/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 360.29 | 102,031.64 |
| 02/20/24 | | To Account #******9182 / rec'd from City of Philippi acct (Craig Phillips down payment sale of campus) | deposited in wrong account | 9999-000 | 10,000.00 | | 112,031.64 |
| 02/22/24 | | To Account #******9182/ rec'd from City of Philippi acct (O&G royalties) | deposited in wrong account | 9999-000 | 129.24 | | 112,160.88 |
| 02/26/24 | 110 | Insurance Partners | Acct #62949 / Ch 7 Trustee Bond payment | 2300-000 | | 112.64 | 112,048.24 |
| 02/29/24 | | Alderson-Broaddus Endowment Corporation | INCOMING WIRE FROM CRAIG PHILL IPS 73465703 for sale of real & personal property, Order Doc #153 | | 4,990,086.00 | | 5,102,134.24 |
| | {8} | | sale proceeds of campus | 1110-000 | | | |
| | | | $4,080,800.00 | | | | |

Page Subtotals: $5,208,500.75 $106,366.51

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

Exhibit B

| Case No.: | 23-00534 | Trustee Name: | Thomas H. Fluharty (680230) |
|---|---|---|---|
| Case Name: | Alderson-Broaddus Endowment Corporation | Bank Name: | TriState Capital Bank |
| Taxpayer ID #: | **-***2324 | Account #: | ******9182 Operating Account |
| For Period Ending: | 03/27/2026 | Blanket Bond (per case limit): | $3,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | {9} | | sale proceeds of personal property $909,200.00 | 1129-000 | | | |
| | {15} | | filing fee of deed, sale of campus $86.00 | 1290-000 | | | |
| 02/29/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 312.47 | 5,101,821.77 |
| 03/04/24 | 111 | Clerk of the Barbour County Comm | filing fee for Deed- sale of Campus to Phillips, Order Doc #153 | 2500-000 | | 86.00 | 5,101,735.77 |
| 03/04/24 | 112 | Clerk of the Barbour County Comm | transfer tax  - Deed sale of Campus to Phillips, Order Doc #153 | 2820-000 | | 22,448.80 | 5,079,286.97 |
| 03/04/24 | 113 | DACK Investments, LLC. | break up fees - sale of Campus to Phillips, Order Doc #153 | 2990-000 | | 50,000.00 | 5,029,286.97 |
| 03/04/24 | 114 | DACK Investments, LLC | security deposit returned, Order Doc #153 | 1290-002 | -10,000.00 | | 5,019,286.97 |
| 03/04/24 | 115 | Peoples Bank | payoff vehicle, Order Doc #153 | 4210-000 | | 3,625.25 | 5,015,661.72 |
| 03/04/24 | 116 | PNC Equipment Finance | settlement for Astro Turf at Campus, Order Doc #153 Voided on 03/05/2024 | 2500-004 | | 40,000.00 | 4,975,661.72 |
| 03/04/24 | 117 | Sheriff Barbour County | real estate taxes owed - closing of Campus to Phillips, Order Doc #153 | 2820-000 | | 205.38 | 4,975,456.34 |
| 03/05/24 | {10} | OWS Acquisition Co., LLC | oil & gas royalties | 1129-000 | 138.40 | | 4,975,594.74 |
| 03/05/24 | 116 | PNC Equipment Finance | settlement for Astro Turf at Campus, Order Doc #153 Voided: check issued on 03/04/2024 | 2500-004 | | -40,000.00 | 5,015,594.74 |
| 03/05/24 | | PNC Equipment Finance | ABU - Astor Turf settlement funds, Order Doc #153 | 4210-000 | | 40,000.00 | 4,975,594.74 |
| 03/06/24 | 118 | Alderson Broaddus University, Inc. | proceeds from sale of personal property, Order Doc #153 | 8500-002 | | 410,974.75 | 4,564,619.99 |
| 03/22/24 | | USDA Rural Development Cash Management Collections Branch | Secured Creditor proceeds from sale of Real & Personal Property, Order Doc #153 | 4110-000 | | 4,000,000.00 | 564,619.99 |
| 03/29/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 4,358.92 | 560,261.07 |
| 04/30/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 1,103.99 | 559,157.08 |
| 05/31/24 | {11} | Beta Helis Energy, LLC | oil & gas royalties (Daywood 1 & 2) | 1223-000 | 133.78 | | 559,290.86 |
| 05/31/24 | {11} | OWS Acquisition Co, LLC | oil & gas royalties (Barbour County) | 1223-000 | 133.90 | | 559,424.76 |
| 05/31/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 1,063.85 | 558,360.91 |
| 06/20/24 | | To Account #******9182/ rec'd from Mountaineer Gas acct | no longer need account | 9999-000 | 23,926.28 | | 582,287.19 |
| 06/20/24 | | To Account #******9182/ rec'd from City of Philippi acct | no longer need account | 9999-000 | 61,022.26 | | 643,309.45 |
| 06/28/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 959.68 | 642,349.77 |
| 07/10/24 | {11} | OWS Acquisition Co., LLC. | O&G royalties - Barbour County | 1223-000 | 582.20 | | 642,931.97 |
| 07/31/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 1,130.02 | 641,801.95 |

Page Subtotals:   $75,936.82   $4,536,269.11

{ } Asset Reference(s)        UST Form 101-7-TFR (5/1/2011)                              ! - transaction has not been cleared

## Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case No.: | 23-00534 | Trustee Name: | Thomas H. Fluharty (680230) |
| --- | --- | --- | --- |
| Case Name: | Alderson-Broaddus Endowment Corporation | Bank Name: | TriState Capital Bank |
| Taxpayer ID #: | **-***2324 | Account #: | ******9182 Operating Account |
| For Period Ending: | 03/27/2026 | Blanket Bond (per case limit): | $3,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/21/24 | {10} | Crane Holdings, LLC | FROST BANK, INTD CRANE HOLDINGS / partial payment for purchase of coal interest, Order Doc #236 | 1129-000 | 25,000.00 | | 666,801.95 |
| 08/22/24 | {10} | Crane Holdings, LLC | FROST BANK - sale proceeds for interest Mutschelknaus Coal, Order Doc #236 | 1129-000 | 16,000.00 | | 682,801.95 |
| 08/22/24 | 119 | Barbour County Clerk | recording fees deed to Crane Holdings sale of Mutschelknaus coal. | 2500-000 | | 300.50 | 682,501.45 |
| 08/30/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 1,044.63 | 681,456.82 |
| 09/30/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 1,052.96 | 680,403.86 |
| 10/31/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 1,196.39 | 679,207.47 |
| 11/29/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 1,013.24 | 678,194.23 |
| 12/10/24 | 120 | Penn Credit Corporation | Ref #'s: C7188712/ C7188713/ C7188711/ C7188714/ C7188710/ C7188709 (Mountaineer Gas Accts), Order Doc #134 & 157. | 2990-000 | | 4,044.03 | 674,150.20 |
| 12/20/24 | {11} | OWS Acquisition Co, LLC | oil & gas royalties, Barbour County, WV | 1223-000 | 189.66 | | 674,339.86 |
| 12/20/24 | {11} | OWS Acquisition Co, LLC | Deposit Reversal: oil & gas royalties, Barbour County, WV | 1223-000 | -189.66 | | 674,150.20 |
| 12/31/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 1,189.21 | 672,960.99 |
| 01/10/25 | {11} | OWS Aquisition Co, LLC | O&G royalties | 1223-000 | 189.66 | | 673,150.65 |
| 01/10/25 | {11} | OWS Aquisition Co, LLC | O&G royalties | 1223-000 | 189.66 | | 673,340.31 |
| 01/10/25 | {11} | OWS Acquisition Co, LLC | Deposit Reversal: oil & gas royalties, Barbour County, WV | 1223-000 | -189.66 | | 673,150.65 |
| 01/15/25 | {12} | Hirtle Callaghan | liquidation of bank account at BNY (cash & cash equivalents), Order Doc #270 / Acct #1410 | 1229-000 | 55,992.43 | | 729,143.08 |
| 01/31/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 1,162.50 | 727,980.58 |
| 02/28/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 1,088.97 | 726,891.61 |
| 03/11/25 | {12} | Hirdle Callaghan | liquidation of bank account at BNY (cash & cash equivalents), Order Doc #270./ Acct #1410 | 1229-000 | 91.83 | | 726,983.44 |
| 03/20/25 | 121 | Insurance Partners | Trustee Bond | 2300-000 | | 219.05 | 726,764.39 |
| 03/31/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 1,126.23 | 725,638.16 |
| 04/30/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 1,240.66 | 724,397.50 |
| 05/30/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 1,161.01 | 723,236.49 |
| 06/20/25 | {13} | Northwestern Mutual Life Ins. Co | life ins- Worth M. Helms, Order Doc #323 | 1229-000 | 34,135.01 | | 757,371.50 |
| 06/30/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 1,135.10 | 756,236.40 |
| 07/31/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 1,333.37 | 754,903.03 |

Page Subtotals: $131,408.93   $18,307.85

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)                    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 23-00534 | | Trustee Name: | Thomas H. Fluharty (680230) |
|---|---|---|---|---|
| Case Name: | Alderson-Broaddus Endowment Corporation | | Bank Name: | TriState Capital Bank |
| Taxpayer ID #: | **-***2324 | | Account #: | ******9182 Operating Account |
| For Period Ending: | 03/27/2026 | | Blanket Bond (per case limit): | $3,000,000.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/15/25 | {13} | Northwestern Mutual Life Insurance Company | death benefits Donald Smith, Order Doc #323. | 1229-000 | 11,700.72 | | 766,603.75 |
| 08/29/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 1,178.33 | 765,425.42 |
| 09/04/25 | 122 | National Benefit Services, Inc. | Termination of Section 457(f) TIAA-CREF Plan, per Order #326 | 3991-000 | | 3,000.00 | 762,425.42 |
| 09/16/25 | | Northwestern Mutual | 4 life insurance policy proceeds, Order Doc #323. | | 131,553.46 | | 893,978.88 |
| | {13} | | policy for Patricia J. Harrison $42,480.35 | 1229-000 | | | |
| | {13} | | policy for W. Christian Sizemore $38,723.37 | 1229-000 | | | |
| | {13} | | policy for Martha R. Roy $20,294.66 | 1229-000 | | | |
| | {13} | | policy for Ann Sizemore $30,055.08 | 1229-000 | | | |
| 09/30/25 | 123 | Department of theTreasury | Form 990 penalties due - IRS Notice CP141L | 2810-000 | | 34,500.00 | 859,478.88 |
| 09/30/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 1,404.87 | 858,074.01 |
| 10/31/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 1,437.69 | 856,636.32 |
| 11/28/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 1,235.66 | 855,400.66 |
| 12/08/25 | | US Environmental Protection Agency | Admin Claim Order #334 - ABEC portion | 3991-000 | | 119,204.16 | 736,196.50 |
| 12/10/25 | {11} | OWS Acquisition Co. | oil & gas royalties | 1223-000 | 297.57 | | 736,494.07 |
| 12/31/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 1,414.07 | 735,080.00 |
| 01/09/26 | {11} | OWS Acquisition Co., LLC | oil & gas royalties | 1223-000 | 171.50 | | 735,251.50 |
| 01/30/26 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 1,178.33 | 734,073.17 |
| 02/26/26 | 124 | Smith Elliott Kearns & Co. LLC | Estate's portion of accountant fees, per Order #369 | 3410-000 | | 2,499.10 | 731,574.07 |
| 03/12/26 | 125 | Alderson Broaddus University | reimburse 1/2 proceeds pay Safety Kleen Systems for cleaning fee / Order #280 | 2990-002 | | 4,154.77 | 727,419.30 |
| 03/18/26 | | Alderson Broaddus University, Inc. | $1,772.76-1/2 sale proceeds of o/g royalties, minerals Marion Co, WV // $6000.00-1/2 sale proceeds coal, o/g outside State WV. | | 7,772.67 | | 735,191.97 |
| | {11} | | 1/2 sale proceeds of o/g royalties & minerals Marion County, WV $1,772.67 | 1223-000 | | | |
| | {11} | | 1/2 sale proceeds of coal, o/g royalties outside State of WV $6,000.00 | 1223-000 | | | |

Page Subtotals:    $151,495.92    $171,206.98

*{ } Asset Reference(s)*    **UST Form 101-7-TFR (5/1/2011)**    *! - transaction has not been cleared*

Form 2

## Cash Receipts And Disbursements Record

Exhibit B

Page: 5

| Case No.: | 23-00534 | Trustee Name: | Thomas H. Fluharty (680230) |
| Case Name: | Alderson-Broaddus Endowment Corporation | Bank Name: | TriState Capital Bank |
| Taxpayer ID #: | **-***2324 | Account #: | ******9182 Operating Account |
| For Period Ending: | 03/27/2026 | Blanket Bond (per case limit): | $3,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | COLUMN TOTALS | | | 5,567,342.42 | 4,832,150.45 | $735,191.97 |
| | | Less: Bank Transfers/CDs | | | 95,077.78 | 100,000.00 | |
| | | Subtotal | | | 5,472,264.64 | 4,732,150.45 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $5,472,264.64 | $4,732,150.45 | |

{ } Asset Reference(s)      UST Form 101-7-TFR (5/1/2011)                              ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

| Case No.: | 23-00534 | | Trustee Name: | Thomas H. Fluharty (680230) |
|---|---|---|---|---|
| Case Name: | Alderson-Broaddus Endowment Corporation | | Bank Name: | TriState Capital Bank |
| Taxpayer ID #: | **-***2324 | | Account #: | ******5743 City of Philippi |
| For Period Ending: | 03/27/2026 | | Blanket Bond (per case limit): | $3,000,000.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/23/24 | | To Account #******5743 | for utilities | 9999-000 | 75,000.00 | | 75,000.00 |
| 01/31/24 | 10001 | City of Philippi | Acct #'s: 14494/ 14628/ 14629/ 14630 for electric, garbage, sewer & water service, Orders Doc #'s 134 & 157. | 2990-000 | | 10,310.16 | 64,689.84 |
| 02/06/24 | {8} | Craig Guy Phillips | escrow funds - sale of real property | 1110-000 | 10,000.00 | | 74,689.84 |
| 02/20/24 | | To Account #******9182// this was deposited in wrong acct; should have been placed in operating account. | deposited in wrong account | 9999-000 | | 10,000.00 | 64,689.84 |
| 02/21/24 | {11} | Beta Helix Energy, LLC. | oil & gas royalties | 1223-000 | 129.24 | | 64,819.08 |
| 02/22/24 | | To Account #******9182 | deposited in wrong account | 9999-000 | | 129.24 | 64,689.84 |
| 04/11/24 | 10002 | City of Philippi | Acct #'s: 14629; 14628; 14494; 14630 / final bills, Orders Doc #'s 134 & 157. | 2990-000 | | 3,667.58 | 61,022.26 |
| 06/20/24 | | To Account #******9182 | no longer need account | 9999-000 | | 61,022.26 | 0.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | COLUMN TOTALS | | | 85,129.24 | 85,129.24 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 75,000.00 | 71,151.50 | |
| | | Subtotal | | | 10,129.24 | 13,977.74 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $10,129.24 | $13,977.74 | |

{ } Asset Reference(s)     UST Form 101-7-TFR (5/1/2011)                    ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

| Case No.: | 23-00534 | | Trustee Name: | Thomas H. Fluharty (680230) |
|---|---|---|---|---|
| Case Name: | Alderson-Broaddus Endowment Corporation | | Bank Name: | TriState Capital Bank |
| Taxpayer ID #: | **-***2324 | | Account #: | ******5750 Mountaineer Gas |
| For Period Ending: | 03/27/2026 | | Blanket Bond (per case limit): | $3,000,000.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/23/24 | | To Account #******5750 | for gas utility | 9999-000 | 25,000.00 | | 25,000.00 |
| 02/20/24 | 20001 | Mountaineer Gas Company | current charges Acct #******-**0248, Orders Doc #'s 134 & 157 | 2990-000 | | 14.61 | 24,985.39 |
| 02/20/24 | 20002 | Mountaineer Gas Company | current charges Acct #******-**0248, Orders Doc#'s 134 & 157. | 2990-000 | | 37.78 | 24,947.61 |
| 02/20/24 | 20003 | Mountaineer Gas Company | current charges Acct #******-**7276, Orders Doc #'s 134 & 157. | 2990-000 | | 374.94 | 24,572.67 |
| 02/20/24 | 20004 | Mountaineer Gas Company | current charges Acct #******-**3244, Orders Doc#'s 134 & 157. | 2990-000 | | 36.08 | 24,536.59 |
| 02/20/24 | 20005 | Mountaineer Gas Company | current charges Acct #******-**3246, Orders Doc #'s 134 & 157. | 2990-000 | | 146.07 | 24,390.52 |
| 03/06/24 | 20006 | Mountaineer Gas Company | Acct #******-**3246 current billing charges, Orders Doc #'s 134 & 157. | 2990-000 | | 115.79 | 24,274.73 |
| 03/06/24 | 20007 | Mountaineer Gas Company | Acct #******-**3243 current billing charges, Orders Doc #'s 134 & 157. | 2990-000 | | 48.36 | 24,226.37 |
| 03/06/24 | 20008 | Mountaineer Gas Company | Acct #******-**3244, Orders Doc #'s 134 & 157. | 2990-000 | | 48.36 | 24,178.01 |
| 03/06/24 | 20009 | Mountaineer Gas Company | Acct #******-**7276 current billing charges, Orders Doc #'s 134 & 157. | 2990-000 | | 55.16 | 24,122.85 |
| 03/06/24 | 20010 | Mountaineer Gas Company | Acct #******-**0248 current billing charges, Orders Doc #'s 134 & 157. | 2990-000 | | 40.01 | 24,082.84 |
| 04/09/24 | 20011 | Mountaineer Gas Company | Acct #******-**1308 / final bill AB Col Field House, Orders Doc #'s 134 & 157. | 2990-000 | | 5.23 | 24,077.61 |
| 04/09/24 | 20012 | Mountaineer Gas Company | Acct #******-**1311 / final bill Myers Hall, Orders Doc #'s 134 & 157. | 2990-000 | | 5.34 | 24,072.27 |
| 04/09/24 | 20013 | Mountaineer Gas Company | Acct #******-**7260 / final bill Heiner Hall, Orders Doc #'s 134 & 157. | 2990-000 | | 1.30 | 24,070.97 |
| 04/09/24 | 20014 | Mountaineer Gas Company | Acct #******-**7259 / final bill Kemper-Redd Hall, Orders Doc #'s: 134 & 157. | 2990-000 | | 1.30 | 24,069.67 |
| 04/09/24 | 20015 | Mountaineer Gas Company | Acct #******-**1301 / final bill Laundry Post, Orders Doc #'s: 134 & 157. | 2990-000 | | 1.34 | 24,068.33 |
| 04/29/24 | 20016 | Mountaineer Gas Company | Acct #******-**3246 - final bill 242 Greystone Dr, Philippi, WV, Orders Doc #'s 134 &157. | 2990-000 | | 57.04 | 24,011.29 |
| 04/29/24 | 20017 | Mountaineer Gas Company | Acct #******-**0248 final bill for NRH 3, Philippi,  WV, Orders Doc #'s: 134 & 157. | 2990-000 | | 18.67 | 23,992.62 |
| 04/29/24 | 20018 | Mountaineer Gas Company | Acct #******-**3244 final bill for 262 Greystone Dr, Philippi, WV, Orders Doc #'s: 134 & 157. | 2990-000 | | 66.34 | 23,926.28 |
| 06/20/24 | | To Account #******9182 | no longer need account | 9999-000 | | 23,926.28 | 0.00 |

| | COLUMN TOTALS | 25,000.00 | 25,000.00 | $0.00 |
|---|---|---|---|---|
| | Less: Bank Transfers/CDs | 25,000.00 | 23,926.28 | |
| | Subtotal | 0.00 | 1,073.72 | |
| | Less: Payments to Debtors | | 0.00 | |
| | NET Receipts / Disbursements | $0.00 | $1,073.72 | |

{ } Asset Reference(s)        UST Form 101-7-TFR (5/1/2011)                              ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 23-00534 |
| **Case Name:** | Alderson-Broaddus Endowment Corporation |
| **Taxpayer ID #:** | **-***2324 |
| **For Period Ending:** | 03/27/2026 |

| | |
|---|---|
| **Trustee Name:** | Thomas H. Fluharty (680230) |
| **Bank Name:** | TriState Capital Bank |
| **Account #:** | ******5750 Mountaineer Gas |
| **Blanket Bond (per case limit):** | $3,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $5,482,393.88 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $405,129.52 |
| Net Estate: | $5,077,264.36 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******9182 Operating Account | $5,472,264.64 | $4,732,150.45 | $735,191.97 |
| ******5743 City of Philippi | $10,129.24 | $13,977.74 | $0.00 |
| ******5750 Mountaineer Gas | $0.00 | $1,073.72 | $0.00 |
| | $5,482,393.88 | $4,747,201.91 | $735,191.97 |

UST Form 101-7-TFR (5/1/2011)

Printed:   03/27/2026 11:40 AM

Page:   1

# Exhibit C

## Claims Register

### Case: 23-00534 Alderson-Broaddus Endowment Corporation

**Claims Bar Date:**  2/6/24 12:00

| Claim # | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Acct#/ Memo/Journal | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| Acct Fees | Kelli Cobb | Admin Ch. 7 | | $ 2,499.10 | $2,499.10 | $0.00 |
| | Smith Elliott Kearns & Co. LLC 19405 Emerald Square, Suite 2300 Hagerstown, MD 21742 | 02/02/26 | | $ 2,499.10 | | |
| | <3410-00 Accountant for Trustee Fees (Other Firm)>, 200 | | | | | |
| ATTY EXP | Thomas H. Fluharty | Admin Ch. 7 | | $ 39.88 | $0.00 | $39.88 |
| | 408 Lee Avenue Clarksburg, WV 26301 | 02/03/26 | | $ 39.88 | | |
| | <3120-00 Attorney for Trustee Expenses (Trustee Firm)>, 200 | | | | | |
| ATTY FEES | Thomas H. Fluharty, Esquire | Admin Ch. 7 | | $ 42,750.00 | $0.00 | $42,750.00 |
| | P.O. Box 187 Salem, WV 26426 | 10/22/25 | | $ 42,750.00 | | |
| | <3110-00 Attorney for Trustee Fees (Trustee Firm)>, 200 | | | | | |
| SP CO EX | Joe M. Supple | Admin Ch. 7 | | $ 484.42 | $0.00 | $484.42 |
| | 801 Viand Street Point Pleasant, WV 25550 | 12/09/24 | | $ 484.42 | | |
| | <3220-00 Attorney for Trustee Expenses (Other Firm) >, 200 | | | | | |
| SP CO Fees | Joe M. Supple | Admin Ch. 7 | | $ 46,530.00 | $0.00 | $46,530.00 |
| | 801 Viand Street Point Pleasant, WV 25550 | 12/09/24 | | $ 46,530.00 | | |
| | <3210-00 Attorney for Trustee Fees (Other Firm)>, 200 | | | | | |

## Exhibit C

## Claims Register

**Case: 23-00534 Alderson-Broaddus Endowment Corporation**

**Claims Bar Date:**   2/6/24 12:00

| Claim # | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Acct#/ Memo/Journal | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| TR EXP | Thomas H. Fluharty<br>P.O. Box 187<br>Salem, WV 26426<br><br><2200-00 Trustee Expenses>, 200 | Admin Ch. 7<br>02/03/26 | | $ 229.39<br>$ 229.39 | $0.00 | $229.39 |
| TR FEE | Thomas H. Fluharty<br>P.O. Box 187<br>Salem, WV 26426<br><br><2100-00 Trustee Compensation>, 200 | Admin Ch. 7<br>03/27/26 | A Court Order (Doc #153) was entered regarding the real and personal property sale of the campus that deviated downward from the Trustee's statutory commission to a flat 3%. | $ 165,040.45<br>$ 165,040.45 | $0.00 | $165,040.45 |
| 1S | USDA - Rural Development<br>WV Office<br>1550 Earl Core Rd., Suite 101<br>Morgantown, WV 26505<br><br><4110-00 Real Estate - Consensual Liens (mortgages, deeds of trust)>, 201 | Secured<br>12/27/23 | | $ 18,000,000.00<br>$ 18,000,000.00 | $4,000,000.00 | $14,000,000.00 |
| 1U | USDA - Rural Development<br>WV Office<br>1550 Earl Core Rd., Suite 101<br>Morgantown, WV 26505<br><br><7100-00 General Unsecured - § 726(a)(2)>, 610 | Unsecured<br>12/27/23 | | $ 12,594,087.98<br>$ 12,594,087.98 | $0.00 | $12,594,087.98 |

Printed:  03/27/2026 11:40 AM

Page:  3

# Exhibit C

## Claims Register

**Case: 23-00534 Alderson-Broaddus Endowment Corporation**

**Claims Bar Date:**  2/6/24 12:00

| Claim # | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Acct#/ Memo/Journal | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 2 | Environmental Protection Agency | Admin Ch. 7 | | $ 119,204.16 | $119,204.16 | $0.00 |
| | Region 3 | 09/17/25 | | $ 119,204.16 | | |
| | 1650 Arch Street | | total claim amount $238,408.42 / 1/2 will be paid by each ABU & ABEC in the amount listed, for cleanup of hazardous material on campus. | | | |
| | Philadelphia, PA 19103 | | | | | |
| | <3991-00 Other Professional's Fees>, 200 | | | | | |

**Case Total:**  $4,121,703.26  $26,849,162.12

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 23-00534
Case Name:  Alderson-Broaddus Endowment Corporation
Trustee Name: Thomas H. Fluharty

**Balance on hand:**   $   735,191.97

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1S | USDA - Rural Development | 18,000,000.00 | 18,000,000.00 | 4,000,000.00 | 480,117.83 |

Total to be paid to secured creditors:   $   480,117.83
Remaining balance:   $   255,074.14

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Thomas H. Fluharty | 165,040.45 | 0.00 | 165,040.45 |
| Trustee, Expenses - Thomas H. Fluharty | 229.39 | 0.00 | 229.39 |
| Attorney for Trustee Fees - Thomas H. Fluharty, Esquire | 42,750.00 | 0.00 | 42,750.00 |
| Attorney for Trustee, Expenses - Thomas H. Fluharty | 39.88 | 0.00 | 39.88 |
| Attorney for Trustee Fees (Other Firm) - Joe M. Supple | 46,530.00 | 0.00 | 46,530.00 |
| Attorney for Trustee Expenses (Other Firm)  - Joe M. Supple | 484.42 | 0.00 | 484.42 |
| Accountant for Trustee Fees (Other Firm) - Kelli Cobb | 2,499.10 | 2,499.10 | 0.00 |
| Other Professional's Fees - Environmental Protection Agency | 119,204.16 | 119,204.16 | 0.00 |

Total to be paid for chapter 7 administrative expenses:   $   255,074.14
Remaining balance:   $   0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $   0.00
Remaining balance:   $   0.00

**UST Form 101-7-TFR(5/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:     $     0.00
Remaining balance:     $     0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $12,594,087.98 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | USDA - Rural Development | 12,594,087.98 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:     $     0.00
Remaining balance:     $     0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardily filed general unsecured claims:     $     0.00
Remaining balance:     $     0.00

**UST Form 101-7-TFR(5/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR(5/1/2011)**